IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| Brun-Hilda Ajongakoh, | * |
| Petitioner, | * |
| | Case No. 1:26-cv-00127-PX |
| v. | * |
| Field Officer Director, Baltimore Field Office, ERO-Baltimore, U.S. Immigration and Customs Enforcement, | * |
| Respondent. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered the Petition for Writ of Habeas Corpus (ECF No. 1, "Petition"), along with the Joint Notice and Proposed Order filed by the parties on January 22, 2026 at ECF Nos. 10 & 10-1, good cause having been shown, it is hereby:

**ORDERED**, that the Petition is **GRANTED** in part, insofar as the Court finds that Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Respondents are **ENJOINED** from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d);

3. A bond hearing **SHALL** be held within 10 days of the Petitioner's filing of a motion with the Immigration Court;

4. The bond hearing must be conducted by an Immigration Judge with jurisdiction or administrative control over Petitioner's detention, and the hearing must comply with in all respects with the regulations at 8 C.F.R. §§ 236.1(d), 1003.19, 1236.1(d) and any attendant process available pursuant to these provisions;

5. If bond is granted and petitioner is released, nothing in this Court's order precludes ICE from imposing reasonable conditions of release;

6. The parties shall provide the Court with a Status Report within 14 days of this Order;

7. The Court reserves ruling on petitioner's first cause of action; and

8. Petitioner's request for attorney's fees and costs is denied.

**ORDERED** that this Court shall **RETAIN** jurisdiction over this matter to enforce compliance with this Order.

Date:  1/22/2026

/s/
The Honorable Paula Xinis
U.S. District Court Judge, District of Maryland